UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
BORUCH GREENBERG, As Administrator of the
Estate of FAIGA GREENBERG, Deceased, and                    Civil Action No.:
YITLE GREENBERG and BORUCH GREENBERG,                       ECF Case 7:20-cv-5319
Individually,

         Plaintiffs,    **CERTIFICATE OF SERVICE**

  -against-

UNITED STATES OF AMERICA, GOOD
SAMARITAN HOSPITAL, ALYSSA MANIFOLD,
R.N., and MATRICE WHITE, P.A.,
        Defendants.
----------------------------------------------------------------------X

  I hereby verify that I caused true and correct copies of Defendants GOOD SAMARITAN HOSPITAL and ALYSSA MANIFOLD, R.N. "Demand for Interrogatories" to be filed electronically upon the following counsel of record to the within action, 7:20-cv-5319 on December 21, 2020.

      KRAMER, DILLOF, LIVINGSTON & MOORE
      **Attorneys for Plaintiffs**
      217 Broadway, 10th Floor
      New York, New York  10007
      (212) 267-4177

    UNITED STATES OF AMERICA c/o MATTHEW G. WHITAKER
    ATTORNEY GENERAL OF THE UNITED STATES
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001
    Kirti Vaidya Reddy: kirti.reddy@usdoj.gov

    AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
    **Attorneys for Defendant**
    **MATRICE WHITE, P.A.**
    600 Third Avenue, 5th Floor
    New York, New York  10016
    (212) 593-3532

Dated: Valhalla, New York
    December 21, 2020      Yours, etc.,
            VIGORITO, BARKER, PATTERSON,
            NICHOLS & PORTER, LLP

            By: *Diana V. Mauro*
            Diana V. Mauro, Esq. (DM0915)
            Attorneys for Defendants

2

GOOD SAMARITAN HOSPITAL and ALYSSA
MANIFOLD, R.N.
115 E. Stevens Avenue, Suite 206
Valhalla, New York  10595
(914) 495-4805